1  G. GEOFFREY ROBB (131515)
   JOSHUA A. SOUTHWICK (246296)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001
   Email: grobb@gibsonrobb.com
5  Email: jsouthwick@gibsonrobb.com

6  Attorneys for Defendants
   HC COMPOSITES L.L.C., HCTV COMPOSITES, LLC,
7  HCGB COMPOSITES, LLC, WORLD CLASS
   CATAMARANS and WORLD CAT
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  JOSEPH DALE,                          )   Case No. CV 10 526 MEJ
                                          )
13          Plaintiff,                    )   **JOINT STIPULATION EXTENDING TIME**
                                          )   **TO FILE RESPONSIVE PLEADING**
14      v.                                )   **UNTIL APRIL 13, 2010**
                                          )
15                                        )
    KEEFE KAPLAN MARITIME, INC.;          )
16  VOLVO PENTA OF THE AMERICAS,          )
    INC.; HC COMPOSITES L.L.C.; HCTV      )
17  COMPOSITES, LLC; HCGB                 )
    COMPOSITES, LLC; WORLD CLASS          )
18  CATAMARANS; WORLD CAT;                )
    HELMUT'S MARINE SERVICE               )
19                                        )
            Defendants.                   )
20                                        )

21      The undersigned, counsel of record for plaintiff JOSEPH DALE and defendants HC

22  COMPOSITES, L.L.C., HCTV COMPOSITES, LLC; HCGB COMPOSITES, LLC, WORLD

23  CLASS CATAMARANS and WORLD CAT, (collectively the "HC DEFENDANTS") hereby

24  submit this Joint Stipulation pursuant to Local Rules 7-12 and 6-2 to extend the time in which the

25  HC DEFENDANTS may file a responsive pleading herein.

26      Plaintiff filed his complaint on February 5, 2010. Service was effected on the HC

27  DEFENDANTS on or around February 22, 2010, and counsel for the HC DEFENDANTS has just

28  recently received the complaint herein. The undersigned counsel have discussed the matter and

1  agree that an extension of time for the HC DEFENDANTS to file a responsive pleading is
2  warranted. Accordingly, the undersigned hereby STIPULATE to a 30 day extension of time such
3  that the HC DEFENDANTS may have up to and including April 13, 2010, to file a responsive
4  pleading herein without risk of default by plaintiff.

5      Pursuant to Local Rule 6-2, the undersigned represent that there has been one prior request
6  for a time modification in this case, which was a similar stipulation between Plaintiff and defendant
7  VOLVO PENTA OF THE AMERICAS, INC. for additional time to file a responsive pleading. As
8  the initial case management conference is currently set for May 20, 2010, the stipulating parties do
9  not expect this extension will substantially affect the current case schedule.

11  Dated: March 19, 2010          GIBSON ROBB & LINDH LLP

13                              By: S/ JOSHUA A. SOUTHWICK
                               Joshua A. Southwick
                               Attorneys for Defendants
14                               HC COMPOSITES L.L.C., HCTV
                               COMPOSITES, LLC, HCGB
15                               COMPOSITES, LLC, WORLD CLASS
                               CATAMARANS and WORLD CAT

17  Dated: March 19, 2010          BIRNBERG & ASSOCIATES

19                              By: S/ CORY A. BIRNBERG
                               Cory A. Birnberg
20                               Attorneys for Plaintiff
                               JOSEPH DALE

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25  Dated: March 19, 2010                    _____
26                                 Hon. Maria Elena James
                               United States Magistrate Judge
                               Northern District of California