1  Dennis E. Simmons, #142310
   THE SIMMONS FIRM
2  30 Professional Center Pkwy, Ste. A
   San Rafael, CA 94903
3  Telephone: 415.479.1704
   Facsimile: 415.479-1708
4
   Attorney for Defendant
5  HELMUT'S MARINE SERVICE

6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH DALE, | Case No. CV 10-526 MEJ |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1(a))** |
| v. | |
| KEEFE KAPLAN MARITIME, INC., VOLVO PENTA OF THE AMERICAS, INC., HC COMPOSITES LLC, HCGB COMPOSITES, LLC; WORLD CLASS CATAMARANS, WORLD CAT; HELMUT'S MARINE SERVICE, | **Complaint Served:** March 15, 2010 |
| | **Current Response Date:** April 5, 2010 |
| Defendants. | **New Response Date:** April 19, 2010 |

Defendant Helmut's Marine Service, by and through its attorneys of record, and Joseph Dale ("Plaintiff"), by and through his attorneys of record, hereby stipulate and agree as follows:

**WHEREAS,** Plaintiff's Initial Complaint was filed on February 5, 2010, and served on March 15, 2010;

**WHEREAS,** Defendant Helmut's Marine Service's response to Plaintiff's Initial Complaint is currently due on April 5, 2010;

**WHEREAS,** Defendant Helmut's Marine Service has not requested or obtained any prior extensions to respond to the Initial Complaint;

---

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
E:\cases\Helmuts Marine Service\Dale v. Helmut's Marine\STIPULATION TO EXTEND TIME.doc

Page -1-

1  **WHEREAS,** pursuant to Local Rule 6-1(a), counsel for Defendant Helmut's
2  Marine Service and counsel for Plaintiff have agreed to extend the period of time in
3  which Defendant may answer or otherwise plead in response to Plaintiff's Initial
4  Complaint by fourteen (14) days.

5  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL AS
6  FOLLOWS:

7  Defendant Helmut's Marine Service shall have up to and including April 19,
8  2010 within which to answer or otherwise plead in response to Plaintiff's Initial
9  Complaint.

10  **IT IS SO STIPULATED.**

12  DATED: April 5, 2010          **THE SIMMONS FIRM**

14                     By:   /s/ Dennis E. Simmons
                          Dennis E. Simmons
15                        Attorneys for Defendant
                          HELMUT'S MARINE SERVICE

17  DATED: April 5, 2010          **BIRNBERG & ASSOCIATES**

19                     By:   /s/ Corey A. Birnberg
                          Corey A. Birnberg
                          Attorneys for Plaintiff

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  DATED: __April 6__, 2010
24                         _____
                           The Hon. Maria-Elena James
                           United States Magistrate Judge
                           Northern District of California

1  IN THE UNITED STATES DISTRICT COURT/Northern District of California
   CASE NAME:     Dale v. Keefe Kaplan Maritime, Inc., et al.
2  CASE NUMBER:   CV 10-526 MEJ

3                          **PROOF OF SERVICE BY U.S. MAIL**

4      On April 5, 2010, I served via United States mail a copy of the following

5  document: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL**

6  **COMPLAINT BY NOT MORE THAN 30 DAYS** in the within action.

7      At the time of service, (1) my business address was 30 Professional Center

8  Parkway, Ste. A, San Rafael, California 94903; (2) I was employed in the County

9  of Marin, California; (3) I was over the age of 18 and not a party to the within

10 action; (4) I was familiar with my business' practice for collection and processing of

11 correspondence for mailing with the United States Postal Service; (5) I placed the

12 document in envelopes addressed as follows:

| | |
|---|---|
| Cory A. Birnberg, Esq.<br>Birnberg & Associates<br>1083 Mission Street, 3rd Floor<br>San Francisco, CA 94103<br><br>Attorney for Plaintiff Dale | Brian A. Kelly, Esq.<br>Duane Morris LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, 94105-1104<br><br>Attorney for Volvo Penta |
| George G. Robb, Esq.<br>Gibson Robb & Lindh LLP<br>100 First Street, 27th Floor<br>San Francisco, CA 94105<br><br>Attorneys for HC Composites LLC, et al. | Joshua A. Southwick, Esq.<br>Gibson, Robb & Lindh<br>100 First Street, 27th Floor<br>San Francisco, CA 94105 |

22 and, (6) the envelopes were sealed and placed for collection and mailing in

23 accordance with ordinary business practices.  I declare under penalty of perjury

24 under the laws of the United States of American that all of the foregoing

25 statements are true and correct and, if called upon, would testify competently

26 thereto.  Executed on April 5, 2010, in San Rafael, California.

27                                                          /s/   Susan Ardery
                                                            Susan Ardery
28