1
2
3
4                          UNITED STATES  DISTRICT COURT
5                           Northern District of California
6
7 JOSEPH DALE,
8               Plaintiff(s),               No. C 10-0526 MEJ
9     v.                         **ORDER CONTINUING CMC**
10 KEEFE KAPLAN MARITIME, INC., et al.,
              Defendant(s).
11 _____/
12
13       The Court is in receipt of the parties' Joint Case Management Statement, filed May 13, 2010.
14 (Dkt. #33.)  In their statement, the parties request that the May 20, 2010 Case Management
15 Conference be continued for 90 days to allow them to explore an expedited resolution of this case.
16 Good cause appearing, the Court hereby GRANTS the parties' request and CONTINUES the cmc to
17 August 26, 2010 at 10:00 a.m. in Courtroom B.  All related deadlines are adjusted accordingly.  The
18 parties shall file an updated joint statement by August 19, 2010.
19       **IT IS SO ORDERED.**
20
21 Dated: May 13, 2010
22                          _____
                         Maria-Elena James
23                          Chief United States Magistrate Judge
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**