CORY A. BIRNBERG, ESQ. (SBN 105468)
BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
San Francisco, CA 94103
Telephone: (415) 398-1040
Facsimile: (415) 398-2001

Attorneys for Plaintiff
Joseph Dale

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DALE,<br><br>    Plaintiff,<br><br>v.<br><br>KEEFE KAPLAN MARITIME, INC.;<br>VOLVO PENTA OF THE AMERICAS, INC.;<br>HC COMPOSITES L.L.C.; HCTV<br>COMPOSITES, LLC; HCGB COMPOSITES,<br>LLC; WORLD CLASS CATAMARANS;<br>WORLD CAT; HELMUT'S MARINE<br>SERVICE<br><br>    Defendants.<br>_____ | Case No. CV-10-526 MEJ<br><br>**NOTICE AND STIPULATION OF CONTINUANCE OF MOTION TO DISMISS**<br><br>New Date: July 15, 2010<br>Date: June 17, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom B, 15th Floor<br>Judge: Hon. |

    Pursuant to the Local Rule 7-7, Plaintiff JOSEPH DALE and defendants HC COMPOSITES, LLC dba WORLD CAT also dba WORLD CLASS CATAMARANS (collectively "WORLD CAT") agree that the WORLD CAT's Motion To Dismiss, now set for June 17, 2010, shall and is continued to July 15, 2010 at 10:00 a.m. in the above entitled courtroom. This notice is filed prior to any opposition being filed.

BIRNBERG & ASSOCIATES
1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

NOTICE AND STIPULATION RE CONTINUANCE     1     CV-10-526 MEJ

1  **SO STIPULATED.**

2  Dated: May 24, 2010                              BIRNBERG & ASSOCIATES

4                                                   By:  /s/ Cory A. Birnberg
5                                                        Cory A. Birnberg
                                                         Attorneys for Plaintiff

7
                                                   GIBSON, ROBB & LINDH
8
9  Dated: May 24, 2010                             By:  ____/s/Josh Southwick
                                                        Josh Southwick
10                                                      Attorney for Defendants
11                                                 HC COMPOSITES, LLC dba WORLD CAT also dba
                                                   WORLD CLASS CATAMARANS

**GRANTED**

*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BIRNBERG &
ASSOCIATES

1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

NOTICE AND STIPULATION RE CONTINUANCE          2                          CV-10-526 MEJ