1  CORY A. BIRNBERG, ESQ. (SBN 105468)
   BIRNBERG & ASSOCIATES
2  1083 Mission Street, Third Floor
   San Francisco, CA 94103
3  Telephone: (415) 398-1040
4  Facsimile: (415) 398-2001

5  Attorneys for Plaintiff
   Joseph Dale
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DALE, | Case No. CV-10-526 MEJ |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ALL CLAIMS,** |
| KEEFE KAPLAN MARITIME, INC.; VOLVO PENTA OF THE AMERICAS, INC.; HC COMPOSITES L.L.C.; HCTV COMPOSITES, LLC; HCGB COMPOSITES, LLC; WORLD CLASS CATAMARANS; WORLD CAT; HELMUT'S MARINE SERVICE | **WITHOUT PREJUDICE, AGAINST DEFENDANTS HCGB COMPOSITES, LLC; AND .; HCTV COMPOSITES, LLC AND ORDER THEREON** |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure, Rule 41 (a) (1) (ii), IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint against Defendants **HCGB COMPOSITES, LLC and HCTV COMPOSITES, LLC** are hereby dismissed without prejudice, each party to bear its own costs.

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE DISMISSAL            1            CV-10-526 MEJ

All parties have executed this Stipulation. Plaintiff JOSEPH DALE's claims against Defendants HC COMPOSITES L.L.C. WORLD CLASS CATAMARANS; WORLD CAT remain.

It is further agreed that if there is reasonable cause to do so, Defendants **HCGB COMPOSITES, LLC and HCTV COMPOSITES, LLC**, may be brought back into this case upon 30 days written notice, and service of such notice may be delivered to the undersigned counsel for Defendants **HCGB COMPOSITES, LLC and HCTV COMPOSITES, LLC**, which shall constitute service of the complaint.

In consideration for the foregoing, should Defendants **HCGB COMPOSITES, LLC and HCTV COMPOSITES, LLC** be brought back into this lawsuit, they agree not to raise the defense of the applicable statue of limitations.

IT IS FURTHER STIPULATED that defendants WORLD CAT and WORLD CLASS CATAMARANS were erroneously sued as separate legal entities herein.  In fact, both WORLD CAT and WORLD CLASS CATAMARANS are dba's of defendant HC COMPOSITES, LLC.  The parties agree to amend the complaint as follows:  defendant HC COMPOSITES LLC, shall be amended to "HC COMPOSITES, LLC dba WORLD CAT also dba WORLD CLASS CATAMARANS and the caption maybe so amended as to these defendants.

**SO STIPULATED.**

Dated: April 26, 2010                                       BIRNBERG & ASSOCIATES

                                                By:   /s/ Cory A. Birnberg
                                                        Cory A. Birnberg
                                                        Attorneys for Plaintiff

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

                                                                    GIBSON, ROBB & LINDH

Dated: April 26, 2010                           By: ____/s/Josh Southwick
                                                     Josh Southwick
                                                     Attorney for Defendants
HCGB COMPOSITES, LLC and HCTV COMPOSITES, LLC HC COMPOSITES L.L.C. WORLD CLASS CATAMARANS; WORLD CAT

APPROVED AND SO ORDERED:

Dated: May 26, 2010

                                                    By:_____
                                                    Maria Elena James
                                                    United States Magistrate Judge

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001