1  CORY A. BIRNBERG, ESQ. (SBN 105468)
   BIRNBERG & ASSOCIATES
2  1083 Mission Street, Third Floor
3  San Francisco, CA 94103
   Telephone: (415) 398-1040
4  Facsimile: (415) 398-2001

5  Attorneys for Plaintiff
   JOSEPH DALE
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DALE,<br><br>    Plaintiff,<br><br>v.<br><br>KEEFE KAPLAN MARITIME, INC.;<br>VOLVO PENTA OF THE AMERICAS, INC.;<br>HC COMPOSITES L.L.C. dba WORLD CAT<br>also dba WORLD CLASS CATAMARANS;<br>HELMUT'S MARINE SERVICE<br><br>    Defendants.<br>_____ | Case No. CV-10-526 MEJ<br><br>**NOTICE AND STIPULATION OF SECOND CONTINUANCE OF MOTION TO DISMISS**<br><br>New Date: **July 22, 2010**<br>Date: July 15 , 2010<br>Time: **10:00 a.m.**<br>Place: Courtroom B, 15th Floor<br>Judge: Hon. Maria-Elena James |

Pursuant to the Local Rule 7-7, Plaintiff JOSEPH DALE and defendants HC COMPOSITES, LLC dba WORLD CAT also dba WORLD CLASS CATAMARANS (collectively "WORLD CAT") agree that the WORLD CAT's Motion to Dismiss, now set for July 15, 2010, shall and is continued to **July 22, 2010** at **10:00 a.m.** in the above entitled courtroom. The parties agreed to a previous continuance. Plaintiff has filed his opposition. This notice and stipulation is filed prior to the reply being filed.

///

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

NOTICE AND STIPULATION OF SECOND CONTINUANCE     1     CV-10-526 MEJ
OF MOTION TO DISMISS

1  **SO STIPULATED.**

2  Dated: June 25, 2010                                                BIRNBERG & ASSOCIATES

3

4
                                                                        By:   /s/ Cory A. Birnberg
5                                                                              Cory A. Birnberg
                                                                               Attorneys for Plaintiff
6

7
                                                                        GIBSON, ROBB & LINDH
8

9  Dated: June 25, 2010                                                By:   ____/s/Josh Southwick
                                                                               Josh Southwick
10                                                                             Attorney for Defendants
                                                                        HC COMPOSITES, LLC dba WORLD CAT also dba
11                                                                      WORLD CLASS CATAMARANS

12

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James]

BIRNBERG &
ASSOCIATES

1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001