CORY A. BIRNBERG, ESQ. (SBN 105468)
BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
San Francisco, CA 94103
Telephone: (415) 398-1040
Facsimile: (415) 398-2001

Attorneys for Plaintiff
JOSEPH DALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DALE,<br><br>     Plaintiff,<br><br>v.<br><br>KEEFE KAPLAN MARITIME, INC.;<br>VOLVO PENTA OF THE AMERICAS, INC.;<br>HC COMPOSITES L.L.C. dba WORLD CAT<br>also dba WORLD CLASS CATAMARANS;<br>HELMUT'S MARINE SERVICE<br><br>     Defendants. | Case No. CV-10-526 MEJ<br><br>**STIPULATION RE DISMISSAL OF ENTIRE CASE AND CROSS-COMPLAINT AND ORDER THEREON**<br><br>FRCP 41(a)(1) |

Pursuant to the Federal Rules of Civil Procedure, Rule 41 (a) (1) (ii), IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint against KEEFE KAPLAN MARITIME, INC.; VOLVO PENTA OF THE AMERICAS, INC.; HC COMPOSITES L.L.C. dba WORLD CAT also dba WORLD CLASS CATAMARANS and HELMUT'S MARINE SERVICE, and the Cross-Complaint by KKMI against VOLVO PENTA OF THE AMERICAS, INC.; HC COMPOSITES L.L.C. and WORLD CLASS CATAMARANS, is hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

BIRNBERG & ASSOCIATES
1083 Mission Street,
Third Floor
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE DISMISSAL AND ORDER  FRCP 41        1        CV-10-526 MEJ

**SO STIPULATED.**

Dated: August 12, 2010        BIRNBERG & ASSOCIATES

By:   /s/ Cory A. Birnberg
      Cory A. Birnberg
      Attorneys for Plaintiff


GIBSON, ROBB & LINDH

Dated: August 12, 2010        By:   /s/Josh Southwick
                                    Josh Southwick
                                    Attorney for Defendants
HC COMPOSITES, LLC dba WORLD CAT also dba WORLD CLASS CATAMARANS


Dated: August 12, 2010        THE SIMMONS FIRM

By:   /s Dennis E. Simmons
Dennis E. Simmons
Attorneys for Defendant,
HELMUT'S MARINE SERVICE


Dated: August 12, 2010        COX, WOOTTOM, GRIFFIN,
                              HANSEN & POULOS, LLP

By:   /s/ Terrence S. Cox
Terrence S. Cox
Attorneys for Defendant,
KEEFE KAPLAN MARITIME, INC.


Dated: August 12, 2010        DUANE MORRIS, LLP

By:   /s/  Brian A. Kelly
      Brian A. Kelly
Attorneys for Defendant,
VOLVO PENTA OF THE AMERICAS, INC.

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION RE DISMISSAL AND ORDER  FRCP 41        2        CV-10-526 MEJ

**ORDER RE DISMISSAL**

Based upon the foregoing stipulation and good cause appearing therefor,

**IT IS ORDERED** that the entire action be dismissed with prejudice including any an all cross complaints.

Dated:  August 17, 2010          By: _____
                                 The Honorable Maria Elena James
                                 U.S. District Court Magistrate

BIRNBERG & ASSOCIATES
1083 Mission Street, Third Floor
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001